IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARSHA MISLE-HAUGLAND,<br><br>Plaintiff,<br><br>vs.<br><br>NISSAN OF NORTH AMERICA, INC. and NISSAN MOTOR CO. LTD.,<br><br>Defendants. | **8:26CV344**<br><br>**ORDER** |

Upon review of the stipulation of the parties,

IT IS ORDERED:

1. The parties' stipulation is approved, and the parties shall be bound by the agreements or stipulations stated therein. (Filing No. 16).

2. Defendant Nissan North America Inc.'s Unopposed Motion to Set Aside Clerk's Entry of Default is granted. (Filing No. 15). The Clerk's Entry of Default entered on August 26, 2026, against Defendants Nissan North America, Inc. (improperly identified in the Complaint as "Nissan of North America, Inc.") and Nissan Motor Co. Ltd. is VACATED and SET ASIDE pursuant to Federal Rule of Civil Procedure 55(c).

3. The Clerk shall update the docket to substitute Nissan North America, Inc. for the improperly named Defendant Nissan of North America, Inc.

4. Nissan North America, Inc.'s Answer and Affirmative Defenses previously filed in this action shall be deemed properly filed. (Filing No. 13).

5. Nissan Motor Co. Ltd. shall have twenty-one (21) days from entry of this Order to file an answer or other response to Plaintiff's Complaint.

Dated this 31st day of August, 2026.

BY THE COURT:

s/ Ryan C. Carson

United States Magistrate Judge