IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARSHA MISLE-HAUGLAND,<br><br>Plaintiff,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., and NISSAN MOTOR CO. LTD.,<br><br>Defendants. | **8:26CV344**<br><br>**ORDER DISMISSING PARTY** |

This matter comes before the Court on the parties' Stipulation for Dismissal as to Nissan Motor Co., Ltd. (Filing No. 19). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant Nisan Motor Co., Ltd. be dismissed without prejudice with each party to pay its own costs, expenses, and attorney fees. Nissan North America, Inc. remains a defendant in this matter.

Dated this 2nd day of September, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge